UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVEO PHARMACEUTICALS, INC., )<br>TUAN HA-NGOC, DAVID JOHNSTON, and )<br>WILLIAM SLICHENMYER, )<br>)<br>Defendants. )<br>) | Case No. 1:16-cv-10607- NMG |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANT SLICHENMYER'S NOTICE OF SETTLEMENT IN PRINCIPLE
AND
JOINT MOTION FOR REFERRAL OF
ENTRY OF THE PROPOSED JUDGMENT AND DECISION ON CERTAIN REMEDIES**

Plaintiff, Securities and Exchange Commission ("SEC"), and Defendant William Slichenmyer hereby notify the Court of their settlement in principle and jointly move this Court to refer entry of the contemplated consent judgment and related decision on remedies to the same Magistrate Judge who conducted the parties' mediation.

In support of this motion, the parties state as follows:

1. On July 18, 2017, this Court entered an order referring the parties to mediation before Magistrate Judge Bowler. On September 12 and 13, 2017, the parties mediated their case before her.

2. In the weeks following the parties' mediation, the Commission staff and Dr. Slichenmyer reached a settlement in principle based on the negotiations that were started before Magistrate Judge Bowler. As part of this settlement in principle, Dr. Slichenmyer neither admits

*Motion allowed.* /s/ NMGorton, USDJ 11/8/17