UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION
      Plaintiff(s)

v.                        CIVIL ACTION NO. 16-10607-**NMG**

DAVID JOHNSON
      Defendant(s)

### JUDGMENT IN A CIVIL CASE

GORTON, D.J.

**X**   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Jury verdict returned in favor of the Plaintiff against Defendant (Document No. 213).

Memorandum and Order (Document No. 268) issued granting in part, and denying in part, Motion for Entry of Final Judgment.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/25/2019                   By /s/ Christine M. Lima
                                                                  Deputy Clerk

NOTE: The post judgment interest rate effective this date is 2.52 %.

(Judgment post jury trial.wpd - 3/7/2005)