## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

          v.

DAVID JOHNSTON,

                    Defendant.

Civil Action No. 16-10607-NMG

ORAL ARGUMENT REQUESTED

*Leave to File in Excess of 20 Pages*
*Granted on April 12, 2019*

## DEFENDANT DAVID JOHNSTON'S RULE 50(b) MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL

The defendant, David Johnston, moves pursuant to Fed. R. Civ. P. 50(b) for judgment as a matter of law on all claims against him. In the alternative, and as permitted by Rule 50(b), Mr. Johnston asks the Court for a new trial under Rule 59, either (1) on all claims against him, or (2) on the claim asserted under Section 17(a)(2) of the Securities Act of 1933. Submitted with this motion is a memorandum of law that explains why the Court should grant it.

Dated: April 22, 2019                    Respectfully submitted,

                                         **DAVID B. JOHNSTON**

                                         By his attorneys,


                                         */s/ John F. Sylvia*
                                         John F. Sylvia, BBO # 555581
                                         Andrew N. Nathanson, BBO # 548684
                                         Matthew D. Levitt, BBO # 660554
                                         Emily Kanstroom Musgrave, BBO # 678979
                                         MINTZ, LEVIN, COHN, FERRIS,
                                             GLOVSKY AND POPEO, P.C.
                                         One Financial Center
                                         Boston, Massachusetts 02111
                                         Telephone: (617) 542-6000
                                         Facsimile: (617) 542-2241
                                         JFSylvia@mintz.com
                                         ANNathanson@mintz.com
                                         MDLevitt@mintz.com
                                         EKMusgrave@mintz.com


## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that counsel for Defendant has conferred with counsel for Plaintiff in a good

faith attempt to resolve or narrow the issues raised by this motion.

                                         */s/ John F. Sylvia*
                                         John F. Sylvia


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on April 22, 2019.

                                         */s/ John F. Sylvia*
                                         John F. Sylvia